IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 1:25-cr-15–WLS-ALS |
| KANDICE CLYDE and | : | |
| DEVON RAMBO, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

    Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Wednesday, August 27, 2025, at 3:00 p.m., and for trial during the Court's Albany Specially Set Trial Term beginning September 22, 2025 (Doc. 21). Defendant Kandice Clyde ("Clyde") filed a timely Joint and Unopposed Motion for Continuance (Doc. 22) ("Motion") requesting a continuance to the Court's next "scheduled hearing date."[1] Counsel for Defendant Clyde represents that Co-Defendant Devon Rambo ("Rambo" and together with Clyde, the "Defendants") joins in the Motion and that Government's counsel, Assistant United States Attorney Elizabeth Howard, does not oppose the Motion. The continuance is needed because Defendants recently received discovery and their counsel need time to review discovery and prepare for trial. Defendants further state that the ends of justice served by granting the continuance outweigh the best interests of the Defendants in a speedy trial.

    The Court notes that its next regularly scheduled Albany Division Trial Term begins October 6. 2025, just fourteen days after the current scheduled trial date of September 22, 2025. The Court deduces that Defendants intended to request a lengthier continuance.

    Based on the Defendants' stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 22) is **GRANTED**.

---

[1] The Court interprets Defendants' request as a continuance to the Court's next Albany Division Trial Term, as opposed to a hearing date.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Court's Albany Division January 2026 Trial Term and its conclusion, or as may otherwise be ordered by the Court. In the event any Party opposes the continuance of this matter to the Court's Albany Division January 2026 Trial Term, then, on or before **Monday, August 18, 2025**, such Party or Parties shall file the appropriate motion(s) or objection(s) with the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would (a) likely result in a miscarriage of justice, (b) deny Defendants the continuity of counsel, and (c) deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A)-(B)(i), (iv).

The August 27, 2025 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 11th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**