## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS** |
| **KANDICE CLYDE and** | : | |
| **DEVON RAMBO,** | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

Before the Court is an Unopposed Motion to Continue (Doc. 26) ("Motion") filed by D. Nicole Williams, counsel for Defendant Devon Rambo ("Rambo"). Therein, Defendant requests a continuance of the trial from the January 2026 trial term to the next Albany trial term because his counsel needs to review supplemental discovery and to engage in discussions with Defendant and negotiations with Government's counsel on behalf of Rambo. Kandice Clyde ("Clyde") is a co-defendant in this case who is represented by Ashley Lucas. Ms. Williams represents that Ms. Lucas also needs additional time to review discovery and consult with her client, Clyde. Ms. Williams further represents that the Government's counsel does not oppose the continuance. Defendant requests that this matter be continued and that the period of delay in continuing the trial be excluded under the Speedy Trial Act 18 U.S.C. § 3161.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 26) is **GRANTED** as follows:

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Albany Division April 2026 trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a

continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 5th day of November 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**