IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 1:25-cr-15–WLS–ALS |
| KANDICE CLYDE and | : | |
| DEVON RAMBO, | : | |
| | : | |
| Defendants. | : | |

_____

### ORDER

The Court intends to notice this case for trial during the April 2026 Albany trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, January 30, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case will not be ready for trial during the April 2026 Albany trial term, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 23rd day of January 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1