IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,    :
                             :
v.                           :
                             :        CASE NO:
                             :        1:25-cr-15–WLS-ALS
KANDICE CLYDE and            :
DEVON RAMBO,                 :
                             :
        Defendants.          :

_____

## ORDER AND NOTICE OF TRIAL

By Joint Response to Court's Order (Doc. 29) ("Response"), filed January 30, 2026, all Parties notified the Court that they "agree[d] there are no issues that require a separate hearing or separate briefing and that this case is ready to proceed to trial." *Id.* At the request of Defendant Kandice Clyde, by separate Order entered simultaneously with this Order, the Court cancelled the March 2, 2026 Pretrial Conference and notified the Parties such conference would be rescheduled, if necessary.

The Parties are noticed that, unless otherwise ordered, this case will be **CALLED FOR TRIAL on Monday, April 6th, 2026, at 8:30 a.m. in Albany, Georgia.**

In the event the Parties determine that a Pretrial Conference is necessary or desired, they shall immediately file the appropriate motion with the Court identifying the matters that need to be heard prior to the trial.

**SO ORDERED**, this 11th day of February 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1