IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,    :

v.    :

    :       **CASE NO:**

KANDICE CLYDE and    :      **1:25-cr-15–WLS-ALS**
DEVON RAMBO,    :

    Defendants.    :

## ORDER

By Joint Response to Court's Order (Doc. 29) ("Response"), filed January 30, 2026, all Parties notified the Court that they "agree[d] there are no issues that require a separate hearing or separate briefing and that this case is ready to proceed to trial." *Id.* At the request of Defendant Kandice Clyde, the Court cancelled the March 2, 2026 Pretrial Conference, and notified the Parties such conference would be rescheduled, if necessary or desired. (Doc. 34). The Parties were further notified that, unless otherwise ordered, this case would be called for trial on Monday, April 6, 2026, at 8:30 a.m. in Albany, Georgia. (Doc. 35).

Now before the Court is the Government's Response to Court's Order (Doc. 37) ("Motion to Schedule PTC") requesting that a pretrial conference be scheduled prior to the April 6, 2026 trial date. The Government believes the conference is necessary because the Government has filed a Motion *In Limine* to Preclude Defendants from Asserting an Advice of Counsel Defense (Doc. 36) ("Motion *in Limine*") which will need to be discussed. In addition, the Government believes it is necessary to discuss any proposed voir dire and other logistics in preparation for trial.

Accordingly, the Motion to Schedule PTC (Doc. 37) is **GRANTED**, and it is hereby **ORDERED** that:

1.    The Pretrial Conference in this matter will be rescheduled for **Thursday, March 12, 2026, at 2:00 p.m.** A separate Notice of Pretrial Conference will be entered by the Court.

1

2.     On or before **Monday, March 2, 2026**, Defendants Kandice Clyde and Devon Rambo shall file responses to the Motion *in Limine*. The Parties shall be prepared to discuss the pending Motion *In Limine* and such other pretrial matters as they deem appropriate or necessary, at the Pretrial Conference.

3.     No further documents shall be filed with respect to the Motion *in Limine* except upon timely written motion which has been granted by the Court.

**SO ORDERED**, this 18th day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2