IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,　　　　　:

　　　　　v.　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　　　　　　CASE NO:
KANDICE CLYDE and　　　　　　　　:　　　　　1:25-cr-15–WLS-ALS
DEVON RAMBO,　　　　　　　　　　:

　　　　　Defendants.　　　　　　　　:

---

## ORDER

Before the Court is Defendant Kandice Clyde's ("Clyde") Motion to Modify Pretrial Conference Date or Appear Virtually (Doc. 42), filed February 2, 2026, requesting that the Pretrial Conference scheduled for March 12, 2026, be rescheduled to February 26, 2026, or that she be allowed to appear virtually. Clyde's counsel represents that she is unable to attend the Pretrial Conference as scheduled because she has a trial scheduled to begin Monday, March 9, 2026, that is expected to last the entire week. Counsel further represents that counsel for co-defendant Devon Rambo ("Rambo") and counsel for the Government are both available on February 26, 2026, and they do not oppose rescheduling the Pretrial Conference to that date.

The Court notes that Defendants Clyde and Rambo have previously been ordered to file responses to the Government's Motion *In Limine* to Preclude Defendants from Asserting an Advice of Counsel Defense (Doc. 36) ("Motion *in Limine*") on or before **Monday, March 2, 2026,** and that the Parties were ordered to be prepared to discuss the Motion *In Limine* and such other pretrial matters, including proposed voir dire and other logistics in preparation for trial, as they deem appropriate or necessary, at the Pretrial Conference. In order for the Court and Parties to discuss the Motion *In Limine* and such other matters at a rescheduled Pretrial Conference, the deadline for filing responses to the Motion *in Limine* and documents required by the Court's Notice of Pretrial Conference (Doc. 39) will need to be shortened.

1

Accordingly, the Motion to Modify Pretrial Conference Date or Appear Virtually (Doc. 42) is **GRANTED** as follows:

1.	The Pretrial Conference in this matter will be rescheduled for **Thursday, February 26, 2026, at 1:30 p.m.** Counsel and Defendants are to appear **in person** at such conference.

2.	On or before **close of business on Tuesday, February 24, 2026,** Defendants Clyde and Rambo shall file responses to the Motion *in Limine*. In addition, by that same date and time, all Parties shall file such documents as required by Notice of Pretrial Conference (Doc. 39) previously entered in this case. The Parties shall be prepared to discuss the pending Motion *In Limine* and such other pretrial matters as they deem appropriate or necessary, at the Pretrial Conference.

**SO ORDERED**, this 23rd day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2