IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,　　　　　:

　　v.　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:　　　　　CASE NO:
KANDICE CLYDE and　　　　　　　　　:　　　1:25-cr-15–WLS-ALS
DEVON RAMBO,　　　　　　　　　　　　:

　　　　Defendants.　　　　　　　　　　　:

---

## ORDER

Before the Court is the Defendant's Motion for Additional Time to Respond to Motion *in Limine* (Doc. 44) ("Motion") filed February 24, 2026. Therein, the Defendant Kandice Clyde requests an extension to 11:59 p.m. on February 24, 2026, within which to file her response to the Government's Motion *in Limine* (Doc. 36). The current deadline is close of business on February 24, 2026. Counsel for Defendant Kandice Clyde states she needs additional time because of the deadlines of other pending work and the necessity for her to appear for plea and sentencing hearings in the northern District of Georgia the morning of February 24, 2026. Counsel states she does not know the Government's position on the requested extension. The Court finds that the Defendant's request for a short extension is well-taken.

Accordingly, the Motion (Doc. 44) is **GRANTED**. Defendant Kandice Clyde shall have until **11:59 p.m. on Tuesday, February 24, 2026**, within which to file a response to the Motion *in Limine*.

SO ORDERED, this 24th day of February 2026.

　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　W. LOUIS SANDS, SR. JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1