IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,                    :

    v.                                           :

                                   :          CASE NO:

KANDICE CLYDE and                            :          1:25-cr-15–WLS-ALS
DEVON RAMBO,                                 :

       Defendants.                           :

                                     :

## ORDER

On February 26, 2026, the Court held a Pretrial Conference in this case. The Court enters this Order to memorialize the discussions held and instructions given at the Pretrial Conference regarding the filing of the motion.

At the conference the Court granted the Motion to Withdraw and for Appointment of Substitute Counsel (Doc. 48) ("Motion to Withdraw") filed on behalf of Defendant Devon Rambo.[1] Thus, Defendant Rambo's new counsel will need time to prepare for trial and his case will not be ready for trial during the Court's April 2026 Albany Trial Term.

In light of the continuance needed for Defendant Rambo's trial, Government's Counsel advised the Court that she believes Defendants Rambo and Kandice Clyde should be tried together and requested the trial of this matter be continued. Counsel for Defendant Clyde also requested that the trial of Defendant Clyde be continued. This is the first time this matter has been on the Court's trial calendar. The Court provisionally granted a continuance, but advised Government's Counsel that a motion for continuance must be filed indicating the basis for the continuance and basis for finding that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161. The Court also determined that resolution of the Government's pending Motion *in Limine* (Doc. 36) will be held in abeyance pending appointment and preparation of Defendant Rambo's newly appointed counsel.

---

[1] A separate Order granting the Motion to Withdraw will be entered.

1

Accordingly, the Government is hereby **ORDERED** to file the motion to continue as discussed at the Pretrial Conference on or before **Friday, March 6, 2026**.

**SO ORDERED**, this 27th day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**