IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,     :

    v.     :

    :     CASE NO:

KANDICE CLYDE and     :     1:25-cr-15–WLS-ALS
DEVON RAMBO,

    Defendants.     :

## ORDER

Presently before the Court is the Government's Motion to Continue Trial in the Interests of Justice (Doc. 55) ("Motion"). Therein, the Government requests a continuance to the Court's June 2026 Albany Trial Term. The continuance is necessary to permit new counsel to be appointed for Defendant Devon Rambo and for such counsel to prepare for trial. The Government does not wish to sever the trials of Defendant Kandice Clyde and Co-Defendant Rambo as the evidence in both trials will be the same. Further, counsel on behalf of Defendant Clyde has indicated that she would be requesting a continuance of the April 2026 trial date.

The Government states that the ends of justice served by granting the request outweigh the Defendants' and society's interest to a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Based on Government's stated reasons and those set out more fully in its Motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants Kandice Clyde and Devon Rambo in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). The Court further finds that failure to grant a continuance would (a) likely result in a miscarriage of justice, (b) deny Defendant Rambo the reasonable time to obtain new counsel and continuity of counsel, and (c) deny his newly appoint counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(i), (iv). Finally, the Court finds that a delay to the next available

1

trial term is reasonable where Defendants are joined for trial and no motion for severance has been granted, § 3161(h)(6).

Accordingly, the Court hereby **ORDERS** that:

1.    The trial of Defendants Kandice Clyde and Devon Rambo is **CONTINUED** to the Albany Division **June 2026** trial term and its conclusion or as may otherwise be ordered by the Court.

2.    The time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) because the Court has continued the trial in this case and the failure to grant a continuance would likely result in a miscarriage of justice.

3.    Further, the time lost under the Speedy Trial Act is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) because failure to grant a continuance would deny Defendant Rambo the reasonable time to obtain new counsel and continuity of counsel, and would deny Defendant Rambo's newly appoint counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.    Finally, the time lost under the Speedy Trial Act is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(6) because the delay is reasonable, and Defendants are joined for trial and no motion for severance has been filed or granted.

**SO ORDERED**, this 2nd day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2