## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS** |
| **KANDICE CLYDE and** | : | |
| **DEVON RAMBO,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

The Court intends to notice this case for the June 2026 Albany Trial Term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, March 27, 2026,** whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 19th day of March 2026.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1