IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,

v.

KANDICE CLYDE,

Defendant.

CASE NO:
1:25-cr-15–WLS-ALS-1

## ORDER

Before the Court is the Motion to Withdraw Motion to Substitute Appointed Counsel (Doc. 66) filed March 19, 2026. Therein, counsel for Defendant Kandice Clyde indicates that upon further review and discussion with Defendant Kandice Clyde, counsel is not seeking with withdraw as counsel at this time. Therefore, she requests that the Court allow her to withdraw the Motion to Substitute Appointed Counsel (Doc. 61) filed March 3, 2026.

Accordingly, for the reasons stated therein, the Motion to Withdraw Motion to Substitute Appointed Counsel (Doc. 66) is **GRANTED** and the Motion to Substitute Appointed Counsel is withdrawn.

**SO ORDERED**, this 20th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**