# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

UNITED STATES OF AMERICA,     :

     :

v.     :     **CASE NO:**

     :     **1:25-cr-15–WLS-ALS**

KANDICE CLYDE and     :
DEVON RAMBO,     :

     :

     Defendants.     :

     :

## ORDER

This matter is set for a hearing on Thursday, June 25, 2026, on the Government's Motion *in Limine* to Preclude Defendants from Asserting an Advice of Counsel Defense (Doc. 36) ("Motion *in Limine*"). (*See* Docket Entry of April 9, 2026, Doc. 71). By Order (Doc. 74) entered April 16, 2026, the Court granted Defendant Rambo's Motion for Competency Evaluation and to Determine Competency to Stand Trial (Doc. 73). The competency evaluation is not expected to be completed until June 18, 2026, and the evaluation report is not expected to be received until on or about July 2, 2026. As such, it is unlikely that Defendant Rambo will be able to appear at the June 25, 2026 hearing. Defendants have a right to appear at hearings in their case, and it is unknown whether either or both Defendants will testify at the hearing on the Motion *in Limine*. As such, the Court finds that it is prudent to continue such hearing.

Accordingly, the hearing on the Motion *in Limine* scheduled for June 25, 2026, is **CANCELLED**. The hearing will be rescheduled by separate order of the Court subsequent to Defendant Rambo's competency hearing as required by 18 U.S.C. § 4247(d).

**SO ORDERED**, this 4th day of June 2026.

     */s/W. Louis Sands*
     W. LOUIS SANDS, SR. JUDGE
     UNITED STATES DISTRICT COURT

1