**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:25-cr-15–WLS-ALS-01** |
| **KANDICE CLYDE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is the Motion to Substitute Appointed Counsel (Doc. 93) ("Motion") filed by Ashley E. Lucas, counsel for Defendant Kandice Clyde ("Clyde"). Therein, Ms. Lucas advises the Court that she *anticipates* a plea in a case in the Northern District of Georgia to conflict with the hearing scheduled for November 18, 2026, in this case. Ms. Lucas further notifies the Court that she has made the decision to serve on only the CJA Panel in the Northern District of Georgia due to anticipated trial and hearing conflicts. Thus, Ms. Lucas requests the Court appoint new counsel for Clyde and that such counsel be allowed sufficient time to review the Record in this matter and assume representation of Clyde without prejudice to Clyde. In effect, Ms. Lucas requests a continuance of the November 18, 2026 hearing which has been scheduled in this case for approximately four weeks.

Notice of the matters scheduled for hearing on November 18, 2026, was provided to counsel by Order (Doc. 91) entered on October 20, 2026. Ms. Lucas merely *anticipates* a conflict. It is necessary that the matters set for hearing in this case on November 18, 2026, be promptly resolved for this case to proceed to trial or such other resolution as the parties agree. As this hearing is already set, the Court is confident that the Judge presiding over the plea hearing in the case in the Northern District of Georgia will extend this Court the courtesy of setting a plea hearing at a date that does not conflict with a scheduled hearing in this Court upon Ms. Lucas's notifying such Judge of this pre-existing hearing. The Court finds that good cause has not been shown for Ms. Lucas's withdrawal as counsel nor for the continuance of the hearing scheduled for November 18, 2026.

Accordingly, the Court finds that the Motion to Substitute Appointed Counsel (Doc. 93) is **DENIED**. The Motion is **DENIED** to the extent it implicitly requests a continuance of the hearings set for November 18, 2026. Ms. Lucas shall appear on behalf of Kandice Clyde at that time. The Motion is **DENIED WITHOUT PREJUDICE** to the extent that Ms. Lucas thereafter may file a motion to withdraw as counsel for good cause.

**SO ORDERED**, this 13th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**